**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15CR19-RJC-DSC**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **RONALD MCKNIGHT,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**THIS MATTER** is before the Court following receipt of a Forensic Psychological Report (document #21) from the U.S. Medical Center for Federal Prisoners in Springfield, Missouri dated June 30, 2015. The examiner concluded that the Defendant <u>is</u> currently suffering from a mental disease or defect rendering him mentally incompetent to proceed.

Counsel for Defendant and the Government concurred regarding the need for continued evaluation and treatment during the hearing conducted by the Court on September 15, 2015.

The Court finds that Defendant <u>is</u> currently suffering from a mental disease or defect rendering him mentally incompetent to proceed.

**NOW THEREFORE, IT IS ORDERED:**

1. Defendant is committed to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d), for treatment in a suitable facility and for further evaluation to determine whether the Defendant can attain, or has attained, competency to proceed. The Court further recommends that Defendant receive a follow-up MRI of his brain to evaluate his tumor.

2. The custodial treatment and evaluation ordered shall be "for such a reasonable period of time, not to exceed four months," as provided in 18 U.S.C. § 4241(d)(1); and "for an additional reasonable period of time until his mental condition is so improved that trial may proceed, if the

Court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward" as provided by § 4241(d)(2)(A).

    3. The Clerk is directed to send copies of this Order to defense counsel, counsel for the Government, the U.S. Marshal; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED.**

Signed: September 24, 2015

David S. Cayer
United States Magistrate Judge