# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 3:15-cr-19-RJC-DSC |
| | ) | |
| v. | ) | |
| | ) | |
| **RONALD McKNIGHT** | ) | **ORDER FOR TRANSFER OF** |
| | ) | **CUSTODY** |

THIS MATTER is before the Court on the Government's Motion for the transfer of custody of Defendant **Ronald McKnight**. (The Defendant is currently housed at the Mecklenburg County Jail under PID 138-983; however, this Order applies to any other confinement/detention facilities.)

The Court has carefully reviewed the Motion, and believes that good cause has been shown to justify the temporary transfer of custody of Defendant from the United States Marshals Service to FBI Special Agent Ernie Mathis and/or another designated agent or TFO (hereinafter "the Law Enforcement Officials"). The transfer shall be subject to the following conditions:

(1) The United States Marshals Service shall allow the intermittent and periodic transfer of custody of the Defendant to the Law Enforcement Officials during the period of June 12, 2017, through May 28, 2018. The Defendant shall be returned to the jail no later than 7:00 p.m. on each day agents obtain custody.

(2) Custody of the Defendant may be given to the Law Enforcement Officials, provided at least two Law Enforcement Officials are present when the Defendant is transported. The United States Marshals Service shall not turn over custody of the Defendant unless an agent of ATF, DEA, HSI, CMPD, FBI, SBI, and/or another designated agent is present.

(3) When the Defendant is picked up each morning at the jail, agents shall use the same security and restraints as used by the United States Marshals Service when transporting a prisoner; i.e., the Defendant shall be placed in handcuffs and leg shackles whenever being transported.

(4) The only locations that the Defendant is to be interviewed or transported shall be to the ATF, DEA, HSI, FBI, SBI, and/or CMPD Offices in Charlotte, North Carolina. At no time should the Defendant be in any other location other than when being transported to and from the jail. There will be no exceptions to this provision without written motion and a corresponding written order.

(5) Agents shall provide the United States Marshals Service with reasonable notice each day they intend to obtain custody of the Defendant.

The Court will direct the Clerk's Office to provide a copy of this Order to the United States Marshals Service, the Defendant *pro se*, and the United States Attorney's Office (Steven.Kaufman@usdoj.gov).

IT IS SO **ORDERED**.

Signed: June 12, 2017

David C. Keesler
United States Magistrate Judge