IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00019-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD MCKNIGHT | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se addendum, (Doc. No. 134), and motion for rehearing, (Doc. No. 135), following his request for reduction in sentence from the warden of his institution.

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response within fourteen (14) days of the entry of this Order.

Signed: June 8, 2020

Robert J. Conrad, Jr.
United States District Judge